IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN M. DANIEL, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:18-CV-01868 |
| | § | |
| UT SOUTHWESTERN HEALTH SYSTEMS | § | |
| | § | |
|     Defendant | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY PARTIAL DISMISSAL**

Plaintiff files this Notice of Voluntary Partial Dismissal of UT Southwestern Health Systems pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). On July 19, 2018, Plaintiff filed her Original Complaint naming Defendant UT Southwestern Health Systems. On July 24, 2018, Plaintiff served Defendant UT Southwestern Health Systems. As of this filing, Defendant UT Southwestern Health Systems has not yet filed an answer or motion in response to the Complaint. Plaintiff is voluntarily dismissing, without prejudice, Defendant UT Southwestern Health System and proceeding in this case against Defendant UT Southwestern Medical Center.

Respectfully submitted,

Albin Roach, PLLC

By:/s/ *Laura E. Calhoun*
Laura E. Calhoun – Lead Counsel
Texas Bar No. 06342400
Email:  lcalhoun@albinroach.com
Baleigh Walker
Texas Bar No. 24098566
Email:  bwalker@albinroach.com
John Mongogna
Texas Bar No. 240026727
E-mail:   jmongogna@albinroach.com
5665 Dallas Parkway, Suite 200
Frisco, TX 75034
Tel. (214) 423-5100
Fax. (214) 423-5111

**ATTORNEYS FOR PLAINTIFF
GWENDOLYN DANIEL**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the following through via electronic service on August 14, 2018 to:

JASON T. CONTRERAS
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24032093
So. Dist. Id No. 706042
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-475-4271
FAX: 512-320-0667
Email:
Jason.Contreras@oag.texas.gov
**Attorneys For Defendant**

/s/ *Laura E.    Calhoun*
Laura E. Calhoun

**PLAINTIFF'S NOTICE OF VOLUNTARY PARTIAL DISMISSAL – PAGE 2**

2