UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN M. DANIEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:18-CV-1868-G |
| U.T. SOUTHWESTERN MEDICAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that this case is dismissed with prejudice at the plaintiff's cost.

April 22, 2019.

_____
A. JOE FISH
**Senior United States District Judge**