IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN M. DANIEL, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:18-cv-1868 |
| | § | JURY |
| U.T. SOUTHWESTERN MEDICAL CENTER | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

# PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gwendolyn M. Daniel, in the above-styled case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment and Memorandum Opinion and Order entered on April 22, 2019 which dismissed the case [Dkt. 19, Dkt. 20] and the June 25, 2019 Order denying Plaintiff's Motion for New Trial under Fed.R.Civ.P. 59. [Dkt. 27]

      Respectfully submitted,

      Albin Roach, PLLC

      By:/s/ Laura E. Calhoun
          Laura E. Calhoun – Lead Counsel
          Texas Bar No. 06342400
          Email:  lcalhoun@albinroach.com
          5665 Dallas Parkway, Suite 200
          Frisco, TX 75034
          Tel. (214) 423-5100
          Fax. (214) 423-5111
          **ATTORNEYS FOR PLAINTIFF**
          **GWENDOLYN DANIEL**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiff's Notice of Appeal was served on counsel for Defendant through the Court's EM/ECF system on July 25, 2019.

Ken Paxton
Jason T. Contreras
ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-475-4271
Email: Jason.Contreras@oag.texas.gov

          /s/ *Laura E. Calhoun*
          Laura E. Calhoun