IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Certified as a true copy and issued as the mandate on Jun 24, 2020**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 19-10834

D.C. Docket No. 3:18-CV-1868

United States Court of Appeals
Fifth Circuit
**FILED**
June 2, 2020
Lyle W. Cayce
Clerk

GWENDOLYN M. DANIEL,

    Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before WIENER, STEWART, and WILLETT, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 19-10834   Gwendolyn Daniel v. Univ of TX SW Health
                           Systems
                           USDC No. 3:18-CV-1868

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc w/encl:
    Ms. Laura E. Calhoun
    Mr. Jason Thaddeus Contreras
    Mr. Jason R. LaFond